FILED

2013 APR 22 PM 2:41

4-18-2013

My name is Eric L. Frazier, my docket no: is 12-2661, district court no: 2:97-CR-00088. I am aware that the appellant court for the seventh circuit has granted attorneys Jonathan E. Hawley and Johanna M. Christiansen request to withdraw from my case. I earnestly request a new attorney to represent me during my appeal process dealing with amendment 750. The court appointed the above named attorneys to represent me, in which they appointed my case to one of their colleagues by the name of Brian Threlkeld. Unfortunately Mr. Threlkeld was removed from my case, and Mrs. Christiansen took over. After speaking with Mrs. Christiansen on April 2, 2013. She told me that she just took the notes that Mr. Threlkeld gave her and went with that. I must say that Mr. Threlkeld notes along with Mrs. Christiansens reasons for withdrawing from my case is inaccurate. If you look at the latest addendum to my presentence investigation report that I have sent with this letter, you will see that not only did I receive the two point reduction for amendment 750, but I also received the two point reduction in 2008 dealing with amendments 706, 711. You will also discover that I was never sentenced to a level of 46, but instead

I was originally sentenced at a level 45. After you discover these things I hope your conclusion will be the same as I feel, which is that I've been misrepresented. I do not have any financial way of paying anyone to represent me during these proceedings. Neither do I know enough about the law to represent myself. Therefore I once again earnestly request that the courts appoint me another attorney.

Sincerly
Eric L. Frazier

4-18-2013

I would like to apologize for me writing the court, instead of typing a proper letter, but unfortunately we have been on lock-down since April 3, 2013 and are still currently on lock-down. I wanted to make sure that my request be in before my briefing deadline comes up. I also request that if the courts decline to appoint me another attorney, then I ask for a continuance due to this institution being on lock-down.

Sincerely
Eric L. Frazier

**UNITED STATES GOVERNMENT**
# memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Complex
Forrest City Ar.

April 5, 2013

MEMORANDUM FOR INMATE POPULATION

FROM:    //s//
         Anthony Haynes, Warden

SUBJECT:    INSTITUION LOCK-DOWN

On Wednesday, April 3rd 2013 we had several inmates fight in the recreation leisure center. This was a followed a fight earlier in the day where inmates assaulted each other with weapons. This is not allowed and interrupts the orderly running of our institution.

We placed the inmate population on lock-down status to ensure that we have a safe and secure environment so that inmates can program and feel safe inside the institution.

Inmate attitudes and actions will depict how long we will stay on lock-down status. We are hoping all inmates understand that the above behavior is not fair to the inmates that are attempting to prepare for entering society.

In an effort to provide a safe and secure environment at FCC Forrest City we will be instituting changes. Every inmate action will require a response from the Executive Staff at Forrest City to ensure staff and inmates are safe.

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 5, 2013

*By the Court:*

| No.: 12-2661 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br>v.<br>ERIC FRAZIER, also known as E-Double, also known as E-Doub<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:97-cr-00088-JTM-APR-2<br>Northern District of Indiana, Hammond Division<br>District Judge James T. Moody | |

Upon consideration of the **MOTION TO WITHDRAW AS APPELLANT'S APPOINTED COUNSEL ON APPEAL**, filed on March 28, 2013, by counsel fopr the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Chief Federal Defender Jonathan E. Hawley and Johanna M. Christiansen are granted leave to withdraw as counsel for the appellant. The appellant shall proceed pro se in this matter unless he retains counsel. Briefing will proceed as follows:

1. The brief and required short appendix of the appellant will be due by May 6, 2013.

2. The brief of the appellee will be due by June 5, 2013.

3. The reply brief of the appellant, if any, will be due by June 19, 2013.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

Eric L. Frazier
#05192-027
FEDERAL CORRECTIONAL INSTITUTION (MEDIUM)
P.O. Box 3000
Forrest City, AR 72336-0000

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ADDENDUM TO THE PRESENTENCE REPORT |
| vs. | ) | Pursuant to the Fair Sentencing Act of 2010 and |
| | ) | Retroactive Application of the Crack Cocaine |
| | ) | Amendment of 2011 |
| | ) | |
| ERIC LAMONT FRAZIER | ) | Docket No.: 0755 2:97CR00088 - 002 |

**Prepared For:** The Honorable James T. Moody
Senior United States District Court Judge

**Prepared By:** Jonathan P. Reid
United States Probation Officer
219-852-3684

**Assistant United States Attorney**

Jill Rochelle Koster
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
219-937-5660

**Defense Counsel**

Jerome T. Flynn
31 Sibley St.
Hammond, IN 46320
219-937-8020

**Original Offense:** Count 1: Conspiracy to Possess with Intent to Distribute Cocaine and Crack Cocaine, Title 21 U.S.C. 841(a)(1)

Penalty: 10 years to life imprisonment, $4,000,000 fine, n/l/t 5 years supervised release, $100 special assessment

Pursuant to the Fair Sentencing Act of 2010, Pub. L 111-220, U.S.S.G. Section 1B1.10 and 18 U.S.C. Section 3582(c)(2), the Court may consider a reduction to the original sentence of an offender. In making that decision, the Court may look at the new proposed guidelines, public safety factors and the post-sentencing conduct when addressing the motion by the defendant to reconsider the sentence the Court imposed on February 11, 1999.

Frazier, Eric Lamont
Docket No.: 0755 2:97CR00088 - 002

## ORIGINAL GUIDELINE SENTENCE

On February 11, 1999, the Court found the defendant to be responsible for in excess of 1.5 kilograms of crack cocaine. As a result of the amount of drugs and Specific Offense Characteristics the original Total Offense Level was determined to be 45. Based on the original Criminal History Category of III and original Total Offense Level of 45, the original sentencing guideline range was life, with the Court sentencing the defendant to life.

On July 8, 2008, the Court denied the defendant's motion for a reduction in his term of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u). The Court noted that although the amended offense level would be 43, the guideline sentence was still life imprisonment.

## NEW GUIDELINE CALCULATIONS

Pursuant to the 2010 Fair Sentencing Act and Retroactive Application of the Crack Cocaine Amendment of 2011, the following are the amended guideline calculations.

The 2011 edition of the Guidelines Manual has been used in this case.

Count 1: Conspiracy to Possess with Intent to Distribute Cocaine and Crack Cocaine.

**Base Offense Level:** The United States Sentencing Commission Guideline for a violation of 21 U.S.C. §841 and §846 is found in U.S.S.G. §2D1.1. The defendant's criminal activity was conspiracy to possess with intent to distribute at least 1.5 kilograms of crack cocaine. The offense level specified in the **Drug Quantity Table** under U.S.S.G. §2D1.1(c)(1), sets a base offense level of 34.   34

**Specific Offense Characteristic:** Pursuant to 2D1.1(b)(1), if a dangerous weapon (including a firearm) was possessed, add 2 levels.   2

**Victim Related Adjustments:** None.   0

**Adjustment For Role In The Offense:** Pursuant to U.S.S.G. §3B1.1(b), the offense is increased three (3) levels. The defendant was a manager or supervisor of 5 or more participants or was otherwise extensive.   +3

**Adjustment for Obstruction of Justice:** Pursuant to U.S.S.G. §3C1.1, two (2) levels are added. The defendant willfully obstructed or impeded the administration of justice.   +2

**Chapter Four Enhancements:** None.   0

**Adjustment For Acceptance of Responsibility:** None.   0

**Total Offense Level:**   41

-2-