UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                        CASE NUMBER:  2:97-CR-88

ERIC FRAZIER

    Defendant.

## APPEARANCE

To the Clerk of this court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for ERIC FRAZIER.

Date:  November 6, 2019

                                              Respectfully submitted,

                                              Northern District of Indiana
                                              Federal Community Defenders, Inc.

                                    By:    s/ Jerome T. Flynn
                                                  Jerome T. Flynn
                                                  2929 Carlson Drive Suite 101
                                                  Hammond, IN  46323
                                                 Phone:  (219) 937-8020
                                                 Fax:  (219) 937-8021

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

s/ Jerome T. Flynn